WHITE *v.* LAPEER CIRCUIT JUDGE.

PHYSICIANS—PRACTICING WITHOUT AUTHORITY—COMPLAINT—SUFFICIENCY.

    A complaint under Act No. 237, Pub. Acts 1899, for practicing medicine without having obtained the prescribed certificate of registration, is sufficient if stated in the language of the statute, and need not specify the particular acts or means by which respondent practiced such science.

*Mandamus* by Enoch C. White, prosecuting attorney of Lapeer county, to compel George W. Smith, circuit judge of said county, to vacate an order quashing a criminal complaint. Submitted April 7, 1903. (Calendar No. 19,868.) Writ granted April 28, 1903.

*White & Cramton,* for relator.

*Geer, Williams & Halpin,* for respondent.

PER CURIAM. One A. H. Wesley was arrested, tried, and convicted of unlawfully practicing medicine contrary to Act No. 237, Pub. Acts 1899. He took an appeal to the circuit court. The respondent quashed the proceedings on account of a defective complaint. The relator now asks for the writ of *mandamus* to compel the respondent to vacate that order and to proceed with the trial.

It is alleged that the complaint is defective, in that it is general in its terms, is stated in the language of the statute, and does not specify the particular acts or means by which the defendant in that suit practiced medicine. This precise question was before the court, under a similar statute, in *People* v. *Phippin,* 70 Mich. 6 (37 N. W. 888). We there held the complaint sufficient.

The writ will issue.